FILED

09 JAN -8 PM 3: 17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                              DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Hon. William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-CR-3661-WQH |
| Plaintiff, | ~~(PROPOSED)~~ ORDER ALLOWING INTERIM BILLING BY GOVERNMENT'S DISCOVERY VENDOR |
| v. | |
| CESAR DIAZ (1), THOMAS SARENANA (2), | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Copy Connection,

the Government's discovery vendor, may submit its own CJA vouchers directly to the Court

for the costs of discovery production as opposed to having CJA counsel pay Copy

Connection and then seek reimbursement.  Copy Connection may submit interim billing as

discovery is produced.

Further, given the anticipated cost, the Court approves an additional $2,000 beyond

///
///
///
///
///
///
///
///

1 | the initial CJA $500 expense threshold without prejudice to further requests.

2 |      IT IS SO ORDERED.

3 | Dated: _____/ 7_____, 20089

4 |           HON. WILLIAM Q. HAYES,
UNITED STATES DISTRICT JUDGE

5 | Approved as to form.

6 | Dated: January 6, 2009       s/ James Winston Gleave
          JAMES WINSTON GLEAVE

7 |           Attorney for Defendant
          THOMAS SARENANA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28